

---------- Forwarded message ---------
From: **Jim Nichols** <jim.nichols@ihsd.us>
Date: Thu, Oct 30, 2025 at 3:31 PM
Subject: Letter from Mr. Koennecke, CEO/Superintendent
To: Eden Castleberry <williamjr2016@gmail.com>



Ms. Castleberry,
Please see the attached letter I am sending you on behalf of Mr. Koennecke, CEO/Superintendent of Indian Hill Schools.  Since I will be your point of contact for campus visits, I would like to make sure you have my contact information.  My email and phone number are listed below. Please let me know when you've received this message by responding to this email.

Sincerely,



CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.



**Indian Hill Board of Education Office**

6855 Drake Road, Cincinnati, OH 45243
(P) 513-272-4500 | (F) 513-272-9316

www.indianhillschools.org

**October 30, 2025**

**Eden Castleberry**
8404 Pine Road
Cincinnati, Ohio 45246

**Dear Ms. Castleberry,**

This letter serves as formal notice that, effective immediately, you are not permitted to be present on any Indian Hill School District campus or property without prior authorization.

This decision has been made to maintain a safe, positive, and supportive environment for all students, staff, and community members. Please be advised that failure to comply with this directive may result in further action, including possible involvement of law enforcement.

If you wish to request an in-person meeting with a staff member regarding your child(ren), or to attend an event in which your child(ren) are participating, you must contact Jim Nichols, Chief Human Resources and Operations Officer, at least two (2) days prior to the requested visit or event for authorization.

Should you have questions regarding this notice or its applicability to specific situations, please contact my office at (513) 272-4500.

Thank you for your cooperation in adhering to this directive.

Sincerely,

**Kirk Koennecke**
CEO/Superintendent
Indian Hill Schools