

---------- Forwarded message ---------
From: **Chris Bortz** <chrisbortz@▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
Date: Fri, Oct 3, 2025 at 10:17 AM
Subject: Football Update
To:

EXHIBIT C

Dear Parents,

We volunteer as coaches because we love football for many reasons, including as a vehicle for forging character and lasting friendships among players. The physical nature of the game and the boys' competitive spirit can sometimes lead to scuffles, which may escalate. When this happens, we respond thoughtfully.

Each player is unique, so we tailor discipline to the individual and the severity of the incident. We closely monitor interactions and strive to understand both sides of any conflict before acting. Our top priority is ensuring the boys' safety. Any player creating an unsafe environment will be removed from the team.

Last week's incidents involved serious missteps, but none warranted removal or were "criminal" in nature. Appropriate discipline was applied, and we're ready to move forward and finish the season strong. Please remind your sons to treat teammates with respect, report mistreatment to a coach, and avoid retaliation. Your support is key!

The coaches are all committed to ensuring the final stretch of this season is a positive and rewarding experience for all. Thank you for entrusting us to coach and mentor your sons!

Wrapping up with our battle cry: **Winners Don't Quit!**

Thanks! And, as always, please reach out to me at any time if you have questions or concerns. (513) ▮▮▮▮▮▮▮

Coach Bortz